UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY TRIPP, ) | 1:09-cv-01400–LJO-BAK |
| ) | |
| Plaintiff, ) | ORDER GRANTING PLAINTIFF'S |
| ) | APPLICATION TO PROCEED IN FORMA |
| v. ) | PAUPERIS (DOC. 3) |
| Social Security Administration and ) | |
| Office of the Regional ) | INFORMATIONAL ORDER TO PLAINTIFF |
| Council, Region IX, ) | REGARDING THE COURT'S SCREENING |
| ) | PLAINTIFF'S COMPLAINT BEFORE |
| Defendants. ) | SERVICE IS ORDERED |
| ) | |

Plaintiff is proceeding pro se with an action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for benefits.

I.   Application to Proceed in Forma Pauperis

Pending before the Court is Plaintiff's motion to proceed in forma pauperis filed on August 11, 2009.  (Doc. 3.)

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915. Accordingly, the request to proceed in forma pauperis is GRANTED.  28 U.S.C. § 1915.

II.   Informational Order to Plaintiff

Plaintiff is INFORMED that in a case in which the Plaintiff is proceeding in forma pauperis, the Court is required to screen the complaint and shall dismiss the case at any time if the Court determines that the allegation of poverty is untrue, or the action or appeal is frivolous, fails

1  to state a cause of action on which relief may be granted, or seeks monetary relief against a
2  defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  The Court will direct the
3  United States Marshal to serve Plaintiff's complaint only after the Court has screened the
4  complaint and has determined that it contains cognizable claims for relief against the named
5  defendants.
6      Because of the large number of pending matters before it, the Court will screen Plaintiff's
7  complaint in due course.

9      IT IS SO ORDERED.
10      Dated:   **August 19, 2009**          /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE