IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY TRIPP, ) | 1:09cv1400 LJO BAK [DLB] |
| ) | |
| ) | ORDER STRIKING DOCUMENT 9 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Kathy Tripp filed the instant action challenging the denial of Social Security benefits on August 11, 2009. The action was screened and the Court ordered Plaintiff to file an amended complaint.

On October 14, 2009, Plaintiff submitted a four page document. The Clerk's office filed the document as a First Amended Complaint. Upon further review, however, it appears that the four pages are exact copies of pages six through nine of her original complaint.

Accordingly, the document is STRICKEN from the record as duplicative.

IT IS SO ORDERED.

Dated: **October 21, 2009**                    **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE

1