# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHY TRIPP, | ) | 1:09-cv-01400-LJO-BAK (DLB) |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| COMMISSIONER OF SOCIAL SECURITY, | ) | REQUEST FOR COURT REVIEW OF AUDIO RECORDING   (Doc. 10) |
| Defendant. | ) | |

On August 11, 2009, Plaintiff presented a compact disc ("CD") to the Clerk of the Court for filing in this matter. (Doc. 4.) Apparently, that CD was intended to function as an attachment to Plaintiff's original complaint; one allegation of that complaint referenced the CD as an audio recording of the administrative hearing conducted by the administrative law judge whose decision Plaintiff now challenges. See Doc. 10, paragraph numbered 8 and attachments. The Clerk recorded the presentation and acceptance of the CD as being lodged with the Court and further noted the CD forwarded to the chambers of the United States Magistrate Judge assigned to the matter for review. See Docket Sheet at Doc. 4.

The Court dismissed Plaintiff's original complaint with leave to amend (Doc. 8) and, thereafter, Plaintiff timely filed a first amended complaint. The amended complaint contains the same allegation referencing the subject CD and requests that the Court "listen to ... the recording of the hearing on 5/20/08."

To the extent Plaintiff asks this Court to listen to the audio recording of the May 20, 2008

1

1 hearing before the administrative law judge in order to evaluate the merits of Plaintiff's claims of
2 error, the Court declines to do so.  If the Court does proceed to dispose of Plaintiff's complaint on
3 its merits, judicial review of Plaintiff's social security case will be based upon the pleadings and
4 the transcript of the administrative record the Commissioner is required to produce.  See 42
5 U.S.C. § 405(g) (providing a limited scope of judicial review of a Commissioner's decision to
6 deny benefits).  Part of that administrative record will include a copy of a written transcript of the
7 May 20, 2008 hearing.  It is *that* document the Court must review in reaching a decision as to the
8 merits of Plaintiff's claim, not the CD Plaintiff has presented.

9 Accordingly, Plaintiff's request that the Court listen to the audio recording contained on
10 the compact disc lodged herein (Doc. 4) is DENIED.

12 IT IS SO ORDERED.
13 Dated:   **October 27, 2009**                    **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE