# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY TRIPP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | 1:09-cv-01400-LJO-BAK (DLB)<br><br>ORDER FOR SERVICE OF AMENDED COMPLAINT<br><br>(DOC. 10) |

On August 11, 2009, Plaintiff Kathy Tripp ("Plaintiff"), proceeding pro se, filed this action seeking relief from the denial of her application for disability benefits under the Social Security Act.  (Doc. 1.)  Plaintiff motion to proceed in forma pauperis was subsequently granted (Doc. 6) and her original complaint screened for legal sufficiency.  By order entered September 17, 2009, that complaint was dismissed with leave to amend.  (Doc. 8.)  On October 16, 2009, Plaintiff timely filed her First Amended Complaint against the Commissioner of Social Security.  (See Docket Sheet and Doc. 10.)

Because Plaintiff is proceeding in forma pauperis, 28 U.S.C. § 1915(e)(2) requires this Court to screen Plaintiff's amended complaint.  Given Plaintiff's pro se status, this Court must construe her pleadings liberally.  Erickson v. Pardus, 551 U.S. 89, 94 (2007); Weilburg v. Shapiro, 488 F.3d 1202, 1205 (9th Cir. 2007).  In accordance with this standard, the Court finds that Plaintiff's first amended complaint, together with the documents attached thereto, has stated a

1 claim against the Commissioner of Social Security for review of a final decision concerning a
2 claim that Plaintiff was disabled and was entitled to Social Security Benefits. Thus, it is sufficient
3 to commence the instant action. 28 U.S.C. § 1915(e)(2); 42 U.S.C. §§ 405(g), 1383(c)(3); Fed. R.
4 Civ. P. 8(a).
5      Because Plaintiff is proceeding in forma pauperis, it is HEREBY ORDERED that the
6 Clerk ISSUE SUMMONS and the United States Marshal SERVE a copy of the amended
7 complaint, summons, and this order upon the defendant as directed by Plaintiff, Kathy Tripp. All
8 costs of service shall be advanced by the United States.

11    IT IS SO ORDERED.
12    Dated:   **October 27, 2009**　　　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE