IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY TRIPP, | 1:09cv1400 LJO BAK [DLB] |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO COMPLETE USM-285 FORM |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner, | |
| Defendant. | |

Plaintiff Kathy Tripp filed the instant action challenging the denial of Social Security benefits on August 11, 2009. On October 27, 2009, the Court issued an order finding her amended complaint proper for service. The order also indicated that the United States Marshal would serve the amended complaint because of Plaintiff's in forma pauperis status.

The order was silent, however, as to the steps required for service by the United States Marshal.

Accordingly, the Court ORDERS:

1. The Clerk of the Court shall send Plaintiff three USM-285 forms (for the Attorney General of the United States, the Commissioner of Social Security and the United States Attorney for the Eastern District of California), three summonses, an instruction sheet and a copy of the amended complaint filed October 16, 2009;

1

2. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Three completed summonses;

    b. Three completed USM-285 forms; and

    C. Four copies of the endorsed amended complaint filed on October 16, 2009.

3. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated: **October 29, 2009**          **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE