IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY TRIPP,<br><br>       Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>       Defendant. | 1:09cv1400 LJO BAK [DLB]<br><br>ORDER RETURNING DOCUMENTS<br><br>ORDER REQUIRING PLAINTIFF TO INFORM COURT HOW SHE WISHES TO PROCEED |

    Plaintiff Kathy Tripp filed the instant action challenging the denial of Social Security benefits on August 11, 2009. She filed a First Amended Complaint on October 16, 2009. Pursuant to the Court's October 27, 2009, order, Plaintiff returned her service documents on November 13, 2009.

    Plaintiff also filed a note attaching two additional pages. She states that she submitted the pages with her First Amended Complaint, but the Clerk failed to include them. A review of the First Amended Complaint reveals that the pages were not submitted to the Court on October 16, 2009.

    The Court therefore ORDERS that the two pages be RETURNED to Plaintiff as she cannot file piecemeal complaints. If Plaintiff wishes to amend her complaint to include theses two pages, she may do so. However, Plaintiff may also attach the documents to her opening brief to the extent they are relevant.

1

If Plaintiff chooses not to amend, she must inform the Court of her decision to proceed on the First Amended Complaint filed with the Court.  If Plaintiff chooses to do so, the Court will order the United States Marshal to serve the First Amended Complaint.  She does not need to send additional service documents.

Plaintiff must inform the Court of her decision within fifteen (15) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 16, 2009**                    **/s/ Dennis L. Beck**
                                                                                   UNITED STATES MAGISTRATE JUDGE

2