# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY TRIPP, | CASE NO. 1:09cv1400 SKO |
| Plaintiff pro se, | ORDER DENYING MOTION FOR JUDGMENT |
| v. | (Doc. 33) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. / | |

On June 9, 2010, Plaintiff filed a motion for judgment, alleging that the Defendant did not file an answer to her complaint. (Doc. 33.) Plaintiff's motion essentially requests a default judgment against the Defendant. In general, a plaintiff is not entitled to default judgment against the Defendant under such circumstances. *See* Fed. R. Civ. P. 55(d) (default judgments against the Federal Government cannot be issued unless "the claimant establishes a claim or right to relief by evidence that satisfies the court"). Specifically, Plaintiff is not entitled to default judgment here because the answer is not yet due.

The Court's scheduling order directed: "Within one hundred twenty (120) days after service of the complaint, respondent shall serve a copy of the administrative record on appellant and file it with the court. The filing of the administrative record shall be deemed an answer to the complaint." (Doc. 17 ¶ 2.)

1  Plaintiff did not complete service until March 5, 2010. (Doc. 29.) Therefore, pursuant to the
2  Scheduling Order, the Defendant is not required to answer Plaintiff's complaint until July 6, 2010,
3  which is 120 days following service of the complaint. *See* Fed. R. Civ. P. 6(a)(1)(C). Accordingly,
4  Plaintiff's motion for judgment is DENIED.

6  IT IS SO ORDERED.

7  **Dated:   June 15, 2010**                                    /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE